# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
APR - 1 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRED GEORGE HICKLER, <br><br> Defendant. | Case No. CR 99-1339-CAS <br><br> ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central Dist. of Cal._, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A.  ( ✓ ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • _unknown community ties;_ • _unknown bail resources;_

1

1
2
3  and/or
4  B.   ( )   The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142 (b) or (c). This
7  finding is based on: _____
8
9
10                                                                                              .
11
12       IT THEREFORE IS ORDERED that the defendant be detained pending the
13  further revocation proceedings.
14
15  DATED: 4/1/10

                                    _____
                                    DAVID T. BRISTOW
                                    UNITED STATES MAGISTRATE JUDGE